**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Geremy**<br>First name<br><br>**Lamar**<br>Middle name<br><br>**Huff**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Geremy L Huff**<br>**DBA  GLH Delivering Services**<br>**FDBA  CMH Logistics**<br>**DBA  GT Food**<br>**FDBA  P&G Logistics**<br>**FDBA  Paisley Logistics** |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-0945** |  |

Debtor 1    **Geremy Lamar Huff**                                                              Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |

**5.    Where you live**

| **4 Blockhouse Road** <br> **Piedmont, SC 29673** <br> Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
|---|---|
| **Anderson** <br> County | _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Geremy Lamar Huff**                                          Case number *(if known)*

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐   No. Go to line 12.
  - ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **Geremy Lamar Huff** _____   Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
| --- | --- |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
| --- | --- |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Geremy Lamar Huff** _____    Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Geremy Lamar Huff**                                                                 Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Geremy Lamar Huff**
_____          _____
**Geremy Lamar Huff**                                Signature of Debtor 2
Signature of Debtor 1

Executed on   **January 19, 2026**          Executed on   _____
                  MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1    **Geremy Lamar Huff**                                                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Randy A. Skinner**                                    Date    **January 19, 2026**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Randy A. Skinner**
Printed name

**Skinner Law Firm, LLC**
Firm name

**300 North Main Street, Suite 201**
**Greenville, SC 29601**
Number, Street, City, State & ZIP Code

Contact phone    **(864) 232-2007**                   Email address    **main@skinnerlawfirm.com**

**05412 SC**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Geremy Lamar Huff** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1**

**Ascension Capital**
**23970 US59**
**Kingwood, TX 77339**

What is the nature of the claim?    Personal guaranty for ___. Add codebtor    $80,171.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)
Value of security:                                        -  _____
Unsecured claim                                            _____

**2**

**BHG Financial**
**PO Box 312509**
**Murfreesboro, TN 37133**

What is the nature of the claim?    Personal guaranty for GLH Delivering Services, Inc.    $96,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Does the creditor have a lien on your property?
■ No

Debtor 1    **Geremy Lamar Huff**

Case number *(if known)*

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)

Value of security:  -

Unsecured claim

---

**3**

**Byline Bank**
**P.O. Box 7969**
**Carol Stream, IL 60197**

**What is the nature of the claim?**     **2nd mortgage: 4**      **$339,320.32**
**Blockhouse Road**
**Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
■     None of the above apply

**Does the creditor have a lien on your property?**

☐     No

Contact

■     Yes. Total claim (secured and unsecured)     **$632,710.32**
Value of security:  - **$456,300.00**

Contact phone

Unsecured claim     **$339,320.32**

---

**4**

**Forman Price Vehicle Leasing**
**1009 Goen Cove Avenue #2**
**Glen Head, NY 11545**

**What is the nature of the claim?**     **Personal guaranty for**     **$159,237.00**
**P&G Logistics, Inc.**

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
■     None of the above apply

**Does the creditor have a lien on your property?**

■     No

Contact

☐     Yes. Total claim (secured and unsecured)
Value of security:  -

Contact phone

Unsecured claim

---

**5**

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**     payroll taxes     **$241,681.72**

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
■     None of the above apply

**Does the creditor have a lien on your property?**

■     No

Contact

☐     Yes. Total claim (secured and unsecured)
Value of security:  -

Contact phone

Unsecured claim

---

**6**

**Internal Revenue Service**

**What is the nature of the claim?**     payroll taxes     **$211,927.70**

Debtor 1      **Geremy Lamar Huff**                                    Case number *(if known)*

**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                                    -
         Unsecured claim

Contact

Contact phone

---

**7**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**        payroll taxes - Trust Fund          $890,697.59

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                                    -
         Unsecured claim

Contact

Contact phone

---

**8**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**        payroll taxes          $855,805.66

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                                    -
         Unsecured claim

Contact

Contact phone

---

**9**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**        payroll taxes          $580,119.42

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact

Debtor 1     **Geremy Lamar Huff**                                          Case number *(if known)*

_____                         Value of security:                    - _____
Contact phone                                   Unsecured claim                         _____

---

| **10** | | |
|---|---|---|

**Leaf Commerial Capital
One Commerce Square
2005 Market Street 14th Floor
Philadelphia, PA 19103**

**What is the nature of the claim?**   **Personal guaranty for GLH Delivering Services, Inc.**   $64,853.04

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
_____
Contact                                      Value of security:                    - _____
_____
Contact phone                                Unsecured claim                         _____

---

| **11** | | |
|---|---|---|

**Lincoln Funding Solutions, Ltd.
150 N. Radnor-Chester Rd
Wayne, PA 19087**

**What is the nature of the claim?**   **4 Blockhouse Road Piedmont, SC 29673**   $252,314.26

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)   **$252,314.26**
Contact                                      Value of security:       - **$456,300.00**
Contact phone                                Unsecured claim            **$252,314.26**

---

| **12** | | |
|---|---|---|

**Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401**

**What is the nature of the claim?**   **Personal guaranty for CMH Logistics, Inc.**   $81,233.82

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
_____
Contact                                      Value of security:                    - _____
_____
Contact phone                                Unsecured claim                         _____

---

| **13** | | |
|---|---|---|

**What is the nature of the claim?**   **3rd mortgage: 4 Blockhouse Road Piedmont, SC 29673**   $2,553,179.72

Debtor 1    **Geremy Lamar Huff**                                    Case number *(if known)*

**Newtek Small Business Finance, LLC**
**1981 Marcus Ave., Suite 130**
**New Hyde Park, NY 11042**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)       $2,553,179.72
        Value of security:                     - $456,300.00
        Unsecured claim                          $2,553,179.72

Contact

Contact phone

---

**14**

**Rockwood Casualty Insurance Company**
**654 Main Street**
**Rockwood, PA 15557**

**What is the nature of the claim?**   business insurance - GLH       $61,497.32

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                     -
        Unsecured claim

Contact

Contact phone

---

**15**

**Silicon Ledger Consulting, LLC**
**1113 M urfreesboro Road, Suite 106 #421**
**Franklin, TN 37064**

**What is the nature of the claim?**   Personal guaranty for GLH Delivering Services, Inc.       $117,999.45

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                     -
        Unsecured claim

Contact

Contact phone

---

**16**

**Small Business Administraion**
**409 3rd Street SW**
**Washington, DC 20416**

**What is the nature of the claim?**   EIDL loan. Personal guaranty for GLH Delivering Services, Inc.       $680,580.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

Debtor 1    **Geremy Lamar Huff**                        Case number *(if known)*

☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**17**

**South Carolina Dept of Revenue**
**P.O. Box 12265**
**Columbia, SC 29211**

**What is the nature of the claim?**   **State lien: 4**   **$59,581.75**
**Blockhouse Road**
**Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

☐  No

■  Yes. Total claim (secured and unsecured)   **$59,581.75**
Contact
    Value of security:   -  **$456,300.00**
Contact phone
    Unsecured claim   **$59,581.75**

---

**18**

**TD Bank**
**P.O. Box 23072**
**Columbus, GA 31902**

**What is the nature of the claim?**   **4 Blockhouse Road**   **$150,530.30**
**Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

☐  No

■  Yes. Total claim (secured and unsecured)   **$150,530.30**
Contact
    Value of security:   -  **$456,300.00**
Contact phone
    Unsecured claim   **$150,530.30**

---

**19**

**TD Bank**
**P.O. Box 23072**
**Columbus, GA 31902**

**What is the nature of the claim?**   **4 Blockhouse Road**   **$112,461.61**
**Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

☐  No

---

Debtor 1    **Geremy Lamar Huff**                              Case number *(if known)*

| | |
|---|---|
| Contact | ■ Yes. Total claim (secured and unsecured)   **$112,461.61** |
| | Value of security:   - **$456,300.00** |
| Contact phone | Unsecured claim   **$112,461.61** |

---

**20**

**The Huntington National Bank
41 S. High Street
Columbus, OH 43229**

**What is the nature of the claim?**   **Personal guaranty for GLH Delivering Services, Inc.**   $249,731.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
Value of security:   -
Unsecured claim

Contact

Contact phone

---

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Geremy Lamar Huff**                     X
    **Geremy Lamar Huff**                             Signature of Debtor 2
    Signature of Debtor 1


Date   **February  4, 2026**                        Date

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

---

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/25)

## United States Bankruptcy Court
### District of South Carolina

In re    **Geremy Lamar Huff**                                    Case No. _____

_____    Chapter    **11**    _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ **8,625.00** |
| Prior to the filing of this statement I have received | $ **8,625.00** |
| Balance Due | $ **0.00** |

2.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **GLH Delivering Services, Inc.**

3.    The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    [List other services that counsel has agreed to provide]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Services not related to the bankruptcy case.**
      **Conversion from Chapter 11 to Chapter 7 or from Chapter 7 to Chapter 11.**
      **Adversary proceedings and appeals (including but not limited to Objections to Discharge, Objections to the Dischagability of any particular debt and Failing to Disclose or Withholding Assets and/or Creditors from the Court).**
      **Should an Amendment be necessary to add any Creditors or make any changes to the Petition, said Amendment shall be prepared by Attorney for additional compensation of $130.00 per Creditor, asset or other disclosure.**
      **Any additional services required not included in the original fee will be compensated at the rate of  $425.00 per hour Attorney time, $250.00 per hour Associate time, and $150.00 per hour paralegal time.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  4, 2026**                         **/s/ Randy A. Skinner**
_____    _____
*Date*                                **Randy A. Skinner**
                                    *Signature of Attorney*
                                    **Skinner Law Firm, LLC**
                                    **300 North Main Street, Suite 201**
                                    **Greenville, SC 29601**
                                    **(864) 232-2007  Fax: (864) 232-8496**
                                    **main@skinnerlawfirm.com**
                                    _____
                                    *Name of law firm*

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re   **Geremy Lamar Huff**                                                                              Case No. _____

Debtor(s)                                      Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____    computer diskette

(b)    _____    scannable hard copy
(number of sheets submitted _____)

(c)    __**X**__  electronic version filed via CM/ECF

Date:  **February  4, 2026**                                    **/s/ Geremy Lamar Huff**
                                                                **Geremy Lamar Huff**
                                                                Signature of Debtor

                                                                **/s/ Randy A. Skinner**
                                                                Signature of Attorney
                                                                **Randy A. Skinner**
                                                                **Skinner Law Firm, LLC**
                                                                **300 North Main Street, Suite 201**
                                                                **Greenville, SC 29601**
                                                                **(864) 232-2007**
                                                                Typed/Printed Name/Address/Telephone

                                                                **05412 SC**
                                                                District Court I.D. Number

Software Copyright (c) 1996-2025 Best Case, LLC- www.bestcase.com

SOUTH CAROLINA DEPT OF REVENUE
P.O. BOX 12265
COLUMBIA SC 29211


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


ABC AMEGA
135 DELAWARE AVE., SUITE 504
BUFFALO NY 14202


AFFINITY BANK
400 GALLERIA PKWY SE
ATLANTA GA 30339


AMERICAN EXPRESS
P.O. BOX 981535
EL PASO TX 79998


AMERIS BANK
BALBOA CAPITAL CORPORATION
575 ANTON BOULEVARD, 12TH FLOOR,
COSTA MESA CA 92626


AP FINANCE
360 SW BOND STREET, SUITE 340
BEND OR 97702


ASCENTION CAPITAL
23970 US59
KINGWOOD TX 77339


ASHLEA WHITE
PO BOX 1346
ANDERSON SC 29622


BARCLAYS BANK DELAWARE
PO BOX 8833
WILMINGTON DE 19899

BHG FINANCIAL
PO BOX 312509
MURFREESBORO TN 37133


BYLINE BANK
P.O. BOX 7969
CAROL STREAM IL 60197


CANDACE M. HUFF
134 RUSHING CREEK LANE
PIEDMONT SC 29673


CAPITAL INK
PO BOX 15123
WILMINGTON DE 19850


CLARKSON & HALE, LLC
WYLIE WESTMORELAND CLARKSON
PO BOX 287
COLUMBIA SC 29202


CRAWFORD & VON KELLER, LLC
JASON M. HUNTER
1640 ST. JULIAN PLACE
COLUMBIA SC 29204


DISCOVER CARD
 PO BOX 71242
CHARLOTTE NC 28272


DIVERSE CAPITAL , LLC


FORD CREDIT
1 AMERICAN ROAD
DEARBORN MI 48126


FORMAN PRICE VEHICLE LEASING
1009 GOEN COVE AVENUE #2
GLEN HEAD NY 11545

GISLASON & HUNTER, LLP
ADAM N. FROEHLICH
111 S. SECOND ST., STE. 500
MANKATO MN 56001


GRAHAM S. MITCHELL, ESQ.
HAYNSWORTH, SINKLER, & BOYD, PA
PO BOX 11070
COLUMBIA SC 29211-1070


GREENSBORO GRANT/QUICKBOOKS
5858 WESTHEIMEER ROAD, #500
HOUSTON TX 77057


HI BAR CAPITAL, LLC


LEAF COMMERIAL CAPITAL
ONE COMMERCE SQUARE
2005 MARKET STREET 14TH FLOOR
PHILADELPHIA PA 19103


LIGHT STREAM
TRUIST BANK
PO BOX 117320
ATLANTA GA 30368-7320


LINCOLN FUNDING SOLUTIONS, LTD.
150 N. RADNOR-CHESTER RD
WAYNE PA 19087


LUCAS S. FAUTUA, ESQUIRE
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
171 CHURCH STREET, SUITE 120C
CHARLESTON SC 29401


LYTX, INC.
9785 TOWNE CENTRE DRIVE
SAN DIEGO CA 92121


MARY M. CASKEY
PO BOX 11889
COLUMBIA SC 29211

MELISSA TULIS SMITH, ESQ.
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
PO BOX 17610
RALEIGH NC 27619


MIDLAND STATES BANK
1201 NETWORK CENTRE DRIVE
EFFINGHAM IL 62401


MOORE, CLARKE, DUVALL, & RODGERS, PC
WHEELER H. BRYANT
33 BULL STREET, SUITE 203
SAVANNAH GA 31401


NELSON MULLINS RILEY & SCARBOROUGH LLP
RAYJA NIKAILA FOWLER
2 W. WASHINGTON ST. SUITE 400
GREENVILLE SC 29601


NEWTEK SMALL BUSINESS FINANCE, LLC
1981 MARCUS AVE., SUITE 130
NEW HYDE PARK NY 11042


PHILLIPS & COHEN ASSOCIATES, LTD.
MAIL STOP: CSU-F
1004 JUSTISON STREET
WILMINGTON DE 19801-5148


PNC
PO BOX 5570
CLEVELAND OH 44101


ROCKWOOD CASUALTY INSURANCE COMPANY
654 MAIN STREET
ROCKWOOD PA 15557


SILICON LEDGER CONSULTING, LLC
1113 M URFREESBORO ROAD, SUITE 106 #421
FRANKLIN TN 37064


SMALL BUSINESS ADMINISTRAION
409 3RD STREET SW
WASHINGTON DC 20416

SOUTH CAROLINA DEPARTMENT OF
EMPLOYMENT AND WORKFORCE
1550 GADSDEN ST
PO BOX 995
COLUMBIA SC 29201


SOUTHERN INSURANCE CO OF VA
PO BOX 202
GREENVILLE SC 29602


STEPHANIE M. BRINKLEY
BRINKLEY LAW FIRM, LLC
1 CARRIAGE LANE, BLDG. F, STE. 100
CHARLESTON SC 29407


TD BANK
P.O. BOX 23072
COLUMBUS GA 31902


THE HUNTINGTON NATIONAL BANK
41 S. HIGH STREET
COLUMBUS OH 43229


TUCKER ABLIN AND ASSOCIATES
1702 N COLLINS BLVD
RICHARDSON TX 75080


UHAUL
1500 INTERNATIONAL DR
SPARTANBURG SC 29303


WELLS FARGO HOME MORTGAGE
PO BOX 1441
DES MOINES IA 50306


WILLCOX BUYCK & WILLIAMS, PA
WILLCOX, EDGAR LLOYD II
PO BOX 1909
FLORENCE SC 29503


ZWICKER & ASSOCIATES, P.C.
PO BOX 9013
ANDOVER MA 01810