**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Geremy Lamar Huff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **26-00526**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.............................................. | $ **456,300.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................... | $ **1,522,954.87** |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................... | $ **1,979,254.87** |

| Part 2: | Summarize Your Liabilities |
|---|---|

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of *Schedule D...* | $ **3,949,605.10** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **922,387.88** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **2,175,496.59** |
| **Your total liabilities** | $ **7,047,489.57** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $ **17,013.09** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*............................................................. | $ **11,626.57** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Geremy Lamar Huff**                                    Case number *(if known)*  **26-00526**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Geremy Lamar Huff** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **26-00526**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                      **12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

1.1

**4 Blockhouse Road**
Street address, if available, or other description

**Piedmont**          **SC**     **29673-0000**
City          State     ZIP Code

**Anderson**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$456,300.00** | **$456,300.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| |
|---|
| **$456,300.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Geremy Lamar Huff** | Case number *(if known)* | **26-00526** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

| 3.1 | Make: | **Cadillac** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Model: **Escalade**

Year: **2022**

Approximate mileage: **48,500**

Other information:

**VIN: 7575**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$51,000.00** | **$51,000.00** |

| 3.2 | Make: | **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Model: **Transit**

Year: **2020**

Approximate mileage: **110132**

Other information:

**VIN: 0726. currently not operating.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$11,370.00** | **$11,370.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>   | **$62,370.00** |

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe.....

| **Microwave, stove, refrigerator, washer, dryer, kitchenware, dishware, dishwasher, couch, (2) chairs, king bed, (2) night stands, dresser, queen bedroom set, queen bed, (2) night stands, dining room table w/ 6 chairs, push lawn mower, yard tools, kids bicycle, patio set, grill, (2) rocking chairs, 10x14 storage building.** | **$1,600.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe.....

| **cell phone, (4) TVs.** | **$425.00** |

Debtor 1   **Geremy Lamar Huff**                                    Case number *(if known)*   **26-00526**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | **(3) glock pistols - $350.00 each**<br>**(1) shotgun - $200.00** | **$1,250.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | **Misc. clothing items.** | **$300.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | **necklace, wedding band.** | **$250.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | **(3) dogs** | **$25.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

    | |
    |---|
    | **$3,850.00** |

---

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes.........................................................................................................................

Official Form 106A/B                           Schedule A/B: Property                                page 3

Debtor 1    **Geremy Lamar Huff**                                  Case number *(if known)*   **26-00526**

|  | | |
|---|---|---|
| **Cash** | | **$250.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ■ No
    ☐ Yes........................        Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **GLH Delivering Services, Inc. operated as a pick up and delivery service.**<br>**Location: 4 Blockhouse Road, Piedmont SC 29673**<br>**Accounts receivable: $970,000.00** | **100** % | **$0.00** |
| **P&G Logistics, Inc.**<br>**2020 Ford F59 VIN: 6097**<br>**Checking account: Pinnacle Bank. Account #: 9596. Balance: $0.00**<br>**Business closed 10/2024.** | **100** % | **$0.00** |
| **CMH Logistics, Inc. Location: 4 Blockhouse Road, Piedmont SC 29673. Closed 02/2024**<br>**No assets** | **100** % | **$0.00** |
| **GT Foods, LLC. Location: 4 Blockhouse Road, Piedmont SC 29673**<br>**Checking account: TD Bank. Account #: 2427. Balance: $20.00**<br>**Checking account: Pinnacle Bank. Account #: 4035. Balance: $400.00**<br>**2008 Chevrolet Sahara Van. VIN: 1856**<br>**2006 Ford Economy. VIN: 3308** | **100** % | **$0.00** |
| **Paisley Logistics, Inc.**<br>**Location: 4 Blockhouse Road, Piedmont SC 29673**<br>**Closed 07/2023. No assets** | **100** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

Official Form 106A/B                Schedule A/B: Property                page 4

| Debtor 1 | **Geremy Lamar Huff** | Case number *(if known)* | **26-00526** |
|---|---|---|---|

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.

Type of account:          Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **Estimated 2025 Tax Refund** | **Federal & State** | **$800.00** |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| **Contracts for sale: Accounts receivables Chistopher McCoy and CKM, Inc. $780,000.00** | **$780,000.00** |
|---|---|

| Debtor 1 | Geremy Lamar Huff | Case number *(if known)* | 26-00526 |

| | |
|---|---|
| **Contracts for sale: Accounts receivables**<br>**Chris Bennett/ C&D Elite Logistics, Inc.**<br>**NC Note - $$275,000.00** | **$275,000.00** |

| | |
|---|---|
| **Contracts for sale: Accounts receivables. Bach Litigation -**<br>**$400,000.00** | **$400,000.00** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life: New York Life. Policy #: 14-861-286. Value: 1,000,000.00. Cash surrender value: $0.00. Monthly payment: $200.00.** | **Tanya Huff, wife** | **$0.00** |
| **Childs Whole Life: New York Life. Value: 50,000.00. Cash surrender value: $684.87. Monthly premium$ 60.00** | **Geremy Huff, debtor** | **$684.87** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Geremy L. Huff; P&G Logistics, Inc. vs. Terrel Beckman: Creative Delivery Services, Inc. Creative Distribution and Services, LLC 2025CP4202628. Value = $400,00.00**<br>**& CMH Logistics, Inc. Geremy L Huff vs. CKM, Inc. 2025CP3901356 Value = $849,637.63**<br>**See SFA #9** | **$0.00** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................**     **$1,456,734.87**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.

| Debtor 1 | **Geremy Lamar Huff** | Case number *(if known)* | **26-00526** |
|---|---|---|---|

☐ Yes. Go to line 38.

---

| **Part 6**: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

　　■ No. Go to Part 7.

　　☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
　　*Examples:* Season tickets, country club membership

　　■ No

　　☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  **$0.00**

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................................................  **$456,300.00**

56. **Part 2: Total vehicles, line 5**  **$62,370.00**

57. **Part 3: Total personal and household items, line 15**  **$3,850.00**

58. **Part 4: Total financial assets, line 36**  **$1,456,734.87**

59. **Part 5: Total business-related property, line 45**  **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**

61. **Part 7: Total other property not listed, line 54**  +  **$0.00**

62. **Total personal property.** Add lines 56 through 61...  **$1,522,954.87**   Copy personal property total  **$1,522,954.87**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62  **$1,979,254.87**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Geremy Lamar Huff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **26-00526** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt     4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **4 Blockhouse Road Piedmont, SC 29673  Anderson County**<br>Line from *Schedule A/B*: **1.1** | **$456,300.00** | ■ **$68,525.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(1)(a)** |
| **2020 Ford Transit 110132 miles VIN: 0726. currently not operating.**<br>Line from *Schedule A/B*: **3.2** | **$11,370.00** | ■ **$7,600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| **2020 Ford Transit 110132 miles VIN: 0726. currently not operating.**<br>Line from *Schedule A/B*: **3.2** | **$11,370.00** | ■ **$3,070.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) from unused portion of homestead exemption.** |
| **Microwave, stove, refrigerator, washer, dryer, kitchenware, dishware, dishwasher, couch, (2) chairs, king bed, (2) night stands, dresser, queen bedroom set, queen bed, (2) night stands, dining room table w/ 6 chairs, push lawn mower, yard tools, kids bicyc**<br>Line from *Schedule A/B*: **6.1** | **$1,600.00** | ■ **$1,600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

Debtor 1   **Geremy Lamar Huff**                                    Case number (if known)   **26-00526**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **cell phone, (4) TVs.** <br> Line from *Schedule A/B*: **7.1** | $425.00 | ■ $850.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(3)** |
| **(3) glock pistols - $350.00 each** <br> **(1) shotgun - $200.00** <br> Line from *Schedule A/B*: **10.1** | $1,250.00 | ■ $1,250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(15)** |
| **Misc. clothing items.** <br> Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(3)** |
| **necklace, wedding band.** <br> Line from *Schedule A/B*: **12.1** | $250.00 | ■ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(4)** |
| **(3) dogs** <br> Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(3)** |
| **Cash** <br> Line from *Schedule A/B*: **16.1** | $250.00 | ■ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(7) from unused** <br> **portion of homestead** <br> **exemption.** |
| **Federal & State: Estimated 2025 Tax Refund** <br> Line from *Schedule A/B*: **28.1** | $800.00 | ■ $800.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(7) from unused** <br> **portion of homestead** <br> **exemption.** |
| **Term Life: New York Life. Policy #:** <br> **14-861-286. Value: 1,000,000.00. Cash** <br> **surrender value: $0.00. Monthly** <br> **payment: $200.00.** <br> **Beneficiary: Tanya Huff, wife** <br> Line from *Schedule A/B*: **31.1** | $0.00 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 38-63-40(A)** |
| **Childs Whole Life: New York Life.** <br> **Value: 50,000.00. Cash surrender** <br> **value: $684.87. Monthly premium$** <br> **60.00** <br> **Beneficiary: Geremy Huff, debtor** <br> Line from *Schedule A/B*: **31.2** | $684.87 | ☐ <br> ■ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §** <br> **15-41-30(A)(8)** |

3.  **Are you claiming a homestead exemption of more than $214,000?**
    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No
    ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Geremy Lamar Huff** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **26-00526** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| **2.1  Affinity Bank**<br>Creditor's Name | $51,889.74 | $51,000.00 | $889.74 |

**2.1  Affinity Bank**
Creditor's Name

**Describe the property that secures the claim:**

**2022 Cadillac Escalade**

**400 Galleria Pkwy SE**
**Atlanta, GA 30339**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **12/2023**          Last 4 digits of account number   **5827**

Official Form 106D          **Schedule D: Creditors Who Have Claims Secured by Property**          page  1 of 10

Debtor 1  **Geremy Lamar Huff**                                          Case number (if known)   **26-00526**
First Name    Middle Name    Last Name

| 2.2 | **AMERIS Bank** | Describe the property that secures the claim: | **$52,397.53** | **$456,300.00** | **$52,397.53** |
|---|---|---|---|---|---|

Creditor's Name

**Balboa Capital Corporation
575 Anton Boulevard,
12th Floor,
Costa Mesa, CA 92626**

Number, Street, City, State & Zip Code

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file,** the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **02/03/2025**          Last 4 digits of account number   **5002**

---

| 2.3 | **Byline Bank** | Describe the property that secures the claim: | **$632,710.32** | **$456,300.00** | **$339,321.22** |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 7969
Carol Stream, IL 60197**

Number, Street, City, State & Zip Code

**2nd mortgage: 4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file,** the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **06/17/2020**          Last 4 digits of account number   **0444**

---

| 2.4 | **Ford Credit** | Describe the property that secures the claim: | **$1,888.57** | **$11,370.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**1 American Road
Dearborn, MI 48126**

Number, Street, City, State & Zip Code

**2020 Ford Transit**

**As of the date you file,** the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **08/2020**          Last 4 digits of account number   _____

---

| Debtor 1 | **Geremy Lamar Huff** | | | Case number (if known) | **26-00526** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.5 | **Newtek Small Business Finance, LLC** | **Describe the property that secures the claim:** | **$2,553,179.72** | **$456,300.00** | **$2,553,179.72** |
|---|---|---|---|---|---|

Creditor's Name

**1981 Marcus Ave., Suite 130**
**New Hyde Park, NY 11042**

Number, Street, City, State & Zip Code

**3rd mortgage: 4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **09/27/2021**     **Last 4 digits of account number** _____

| 2.6 | **South Carolina Department of** | **Describe the property that secures the claim:** | **$4,378.27** | **$456,300.00** | **$4,378.27** |
|---|---|---|---|---|---|

Creditor's Name

**Employment and Workforce**
**1550 Gadsden St**
**PO box 995**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **3/09/2023**     **Last 4 digits of account number** **1254**

Debtor 1    **Geremy Lamar Huff**                                Case number (if known)    **26-00526**
_____First Name_____Middle Name_____Last Name___

| 2.7 | **South Carolina Department of** | | | $481.35 | $456,300.00 | $481.35 |

Creditor's Name

**Employment and Workforce**
**1550 Gadsden St**
**PO box 995**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **3/22/2023**          Last 4 digits of account number    **9361**

---

| 2.8 | **South Carolina Department of** | | | $18,198.34 | $456,300.00 | $18,198.34 |

Creditor's Name

**Employment and Workforce**
**1550 Gadsden St**
**PO box 995**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **06/07/2023**          Last 4 digits of account number    **3242**

---

Debtor 1 **Geremy Lamar Huff**          Case number (if known) **26-00526**

    First Name       Middle Name       Last Name

---

**2.9** | **South Carolina Department of**

Creditor's Name

**Employment and Workforce**
**1550 Gadsden St**
**PO box 995**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

| | | |
|---|---|---|
| $1,030.00 | $456,300.00 | $1,030.00 |

Describe the property that secures the claim:

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **06/16/2023**          Last 4 digits of account number **4753**

---

**2.10** | **South Carolina Department of**

Creditor's Name

**Employment and Workforce**
**1550 Gadsden St**
**PO box 995**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

| | | |
|---|---|---|
| $14,251.11 | $456,300.00 | $14,251.11 |

Describe the property that secures the claim:

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **10/30/2023**          Last 4 digits of account number **1590**

---

| Debtor 1 | **Geremy Lamar Huff** | | | Case number (if known) | **26-00526** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.1 1 | **South Carolina Department of** | | | **$5,151.77** | **$456,300.00** | **$5,151.77** |
|---|---|---|---|---|---|---|

Creditor's Name

**Employment and Workforce
1550 Gadsden St
PO box 995
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **01/25/2024**         Last 4 digits of account number   **6276**

| 2.1 2 | **South Carolina Department of** | | | **$28,566.29** | **$456,300.00** | **$28,566.29** |
|---|---|---|---|---|---|---|

Creditor's Name

**Employment and Workforce
1550 Gadsden St
PO box 995
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**4 Blockhouse Road Piedmont, SC 29673**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **07/26/2024**         Last 4 digits of account number   **4706**

Debtor 1   **Geremy Lamar Huff**                                    Case number (if known)   **26-00526**
              First Name    Middle Name    Last Name

| 2.1 3 | **South Carolina Department of** | Describe the property that secures the claim: | **$28,566.29** | **$456,300.00** | **$28,566.29** |
|---|---|---|---|---|---|

Creditor's Name

**Employment and Workforce**
**1550 Gadsden St**
**PO box 995**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

**4 Blockhouse Road Piedmont, SC 29673**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **07/30/2024**      Last 4 digits of account number   **8934**

---

| 2.1 4 | **South Carolina Department of** | Describe the property that secures the claim: | **$28,566.29** | **$456,300.00** | **$28,566.29** |
|---|---|---|---|---|---|

Creditor's Name

**Employment and Workforce**
**1550 Gadsden St**
**PO box 995**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

**4 Blockhouse Road Piedmont, SC 29673**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **08/01/2024**      Last 4 digits of account number   **0339**

Debtor 1 **Geremy Lamar Huff**

First Name | Middle Name | Last Name

Case number (if known) **26-00526**

---

**2.15** | **South Carolina Dept of Revenue** | | $59,581.75 | $456,300.00 | $59,581.75

Creditor's Name

**Describe the property that secures the claim:**

**4 Blockhouse Road Piedmont, SC 29673**

**P.O. Box 12265 Columbia, SC 29211**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **08/26/2024** Last 4 digits of account number **5523**

---

**2.16** | **South Carolina Dept of Revenue** | | $42,864.95 | $456,300.00 | $42,864.95

Creditor's Name

**Describe the property that secures the claim:**

**4 Blockhouse Road Piedmont, SC 29673**

**P.O. Box 12265 Columbia, SC 29211**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **01/13/2025** Last 4 digits of account number **5236**

---

**2.17** | **TD Bank** | | $150,530.30 | $456,300.00 | $150,530.30

Creditor's Name

**Describe the property that secures the claim:**

**4 Blockhouse Road Piedmont, SC 29673**

**P.O. Box 23072 Columbus, GA 31902**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **02/13/2025** Last 4 digits of account number **0330**

---

Official Form 106D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 8 of 10

| Debtor 1 | **Geremy Lamar Huff** | | | Case number (if known) | **26-00526** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.18 | **TD Bank** | Describe the property that secures the claim: | $112,461.61 | $456,300.00 | $112,461.61 |
|---|---|---|---|---|---|

Creditor's Name

**4 Blockhouse Road Piedmont, SC 29673**

**P.O. Box 23072**
**Columbus, GA 31902**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **10/05/2025**      Last 4 digits of account number  **2298**

| 2.19 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | $162,910.90 | $456,300.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1st Mortgage: 4 Blockhouse Road Piedmont, SC 29673.**

**PO Box 1441**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **08/2011**      Last 4 digits of account number  **6481**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,949,605.10 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $3,949,605.10 |

### Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Graham S. Mitchell, Esq.**
**Haynsworth, Sinkler, & Boyd, PA**
**PO Box 11070**
**Columbia, SC 29211-1070**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number  **2298**

Debtor 1    **Geremy Lamar Huff**                                              Case number (if known)    **26-00526**
           First Name        Middle Name           Last Name

[  ]        Name, Number, Street, City, State & Zip Code                  On which line in Part 1 did you enter the creditor?  **2.18**
           **Graham S. Mitchell, Esq.**
           **Haynsworth, Sinkler, & Boyd, PA**                           Last 4 digits of account number  **2298**
           **PO Box 11070**
           **Columbia, SC 29211-1070**

[  ]        Name, Number, Street, City, State & Zip Code                  On which line in Part 1 did you enter the creditor?  **2.3**
           **Lucas S. Fautua, Esquire**
           **Smith Debnam Narron Drake**                                 Last 4 digits of account number  **0444**
           **Saintsing & Myers, LLP**
           **171 Church Street, Suite 120C**
           **Charleston, SC 29401**

[  ]        Name, Number, Street, City, State & Zip Code                  On which line in Part 1 did you enter the creditor?  **2.5**
           **Mary M. Caskey**
           **PO Box 11889**                                              Last 4 digits of account number  ___
           **Columbia, SC 29211**

[  ]        Name, Number, Street, City, State & Zip Code                  On which line in Part 1 did you enter the creditor?  **2.2**
           **Moore, Clarke, DuVall, & Rodgers, PC**
           **Wheeler H. Bryant**                                         Last 4 digits of account number  ___
           **33 Bull Street, Suite 203**
           **Savannah, GA 31401**

[  ]        Name, Number, Street, City, State & Zip Code                  On which line in Part 1 did you enter the creditor?  **2.18**
           **Nelson Mullins Riley & Scarborough LLP**
           **Rayja Nikaila Fowler**                                      Last 4 digits of account number  **2298**
           **2 W. Washington St. Suite 400**
           **Greenville, SC 29601**

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 10

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Geremy Lamar Huff** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **26-00526** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

**Candace M. Huff**
Priority Creditor's Name
**134 Rushing Creek Lane**
**Piedmont, SC 29673**
Number Street City State Zip Code

Last 4 digits of account number _____      $0.00      $0.00      $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Child Support Obligation**
**$1,058.40 per month**

Debtor 1   **Geremy Lamar Huff**                                    Case number (if known)   **26-00526**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $890,697.59 | $890,697.59 | $0.00 |

Priority Creditor's Name

**Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**payroll taxes - Trust Fund**

---

| 2.3 | **South Carolina Dept of Revenue** | Last 4 digits of account number 1340 | $31,690.29 | $31,690.29 | $0.00 |

Priority Creditor's Name

**P.O. Box 12265
Columbia, SC 29211**

Number Street City State Zip Code

**When was the debt incurred?**   **2023 -2025**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**withholding tax**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Geremy Lamar Huff**                                              Case number (if known)   **26-00526**

---

| 4.1 | **ABC Amega** | Last 4 digits of account number | **7167** | **$18,816.81** |

Nonpriority Creditor's Name
**135 Delaware Ave., Suite 504**
**Buffalo, NY 14202**

When was the debt incurred?   **2025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections for iSurity**
**Personal guaranty for P&G Logistics, Inc.**

---

| 4.2 | **American Express** | Last 4 digits of account number | **1006** | **$2,431.15** |

Nonpriority Creditor's Name
**P.O. Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **credit card**

---

| 4.3 | **AP Equipment Finance** | Last 4 digits of account number | | **$9,468.22** |

Nonpriority Creditor's Name
**360 SW Bond Street, Suite 340**
**Bend, OR 97702**

When was the debt incurred?   **05/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty for GLH Delivering Services, Inc.**

---

Debtor 1  **Geremy Lamar Huff**                                         Case number (if known)   **26-00526**

---

| 4.4 | **Ascention Capital** | Last 4 digits of account number | | **$80,171.00** |

Nonpriority Creditor's Name
**23970 US59**
**Kingwood, TX 77339**
Number Street City State Zip Code

When was the debt incurred?   **10/2023**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty for GLH Delivering Services, Inc.**

---

| 4.5 | **Barclays Bank Delaware** | Last 4 digits of account number   **5555** | | **$4,699.80** |

Nonpriority Creditor's Name
**PO Box 8833**
**Wilmington, DE 19899**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

| 4.6 | **BHG Financial** | Last 4 digits of account number   **2585** | | **$5,644.60** |

Nonpriority Creditor's Name
**PO Box 312509**
**Murfreesboro, TN 37133**
Number Street City State Zip Code

When was the debt incurred?   **03/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty for GLH Delivering Services, Inc.**

---

Debtor 1   **Geremy Lamar Huff**                                 Case number (if known)   **26-00526**

---

**4.7** | **BMF Advance Cloudfund, LLC**

Nonpriority Creditor's Name
**d/b/a UNIQUE CAPITAL**
**4601 Sheridan Street, Suite 501**
**Hollywood, FL 33021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.8** | **Candace M. Huff**

Nonpriority Creditor's Name
**134 Rushing Creek Lane**
**Piedmont, SC 29673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$265,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **equitable distributions**

---

**4.9** | **Capital Ink**

Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?**   **05/224**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

Debtor 1   **Geremy Lamar Huff**                                      Case number (if known)   **26-00526**

---

**4.10**

**Discover Card**
Nonpriority Creditor's Name
 PO Box 71242
Charlotte, NC 28272
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$10,981.00**

**When was the debt incurred?**      **05/2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

**4.11**

**Diverse Capital , LLC**
Nonpriority Creditor's Name
**1145 Broadway Street**
**East Mc Keesport, PA 15035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty for GLH Delivering Services, Inc.**

---

**4.12**

**Forman Price Vehicle Leasing**
Nonpriority Creditor's Name
**1009 Goen Cove Avenue #2**
**Glen Head, NY 11545**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$159,237.00**

**When was the debt incurred?**      **03/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty for P&G Logistics, Inc.**

---

Debtor 1    **Geremy Lamar Huff**                                    Case number (if known)    **26-00526**

---

| 4.13 | **Greensboro Grant/Quickbooks** | Last 4 digits of account number _____ | **$30,000.00** |

Nonpriority Creditor's Name

**5858 Westheimeer Road, #500**
**Houston, TX 77057**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Personal guaranty for GLH Delivering Services, Inc.**

---

| 4.14 | **HI Bar Capital, LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  _____

---

| 4.15 | **Leaf Commerial Capital** | Last 4 digits of account number **1001** | **$74,811.32** |

Nonpriority Creditor's Name

**One Commerce Square**
**2005 Market Street 14th Floor**
**Philadelphia, PA 19103**

When was the debt incurred? **11/2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 and Debtor 2 only                 ☐ Contingent

■ At least one of the debtors and another    ☐ Unliquidated

☐ **Check if this claim is for a community debt**    ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Personal guaranty for GLH Delivering Services, Inc.**

---

| Debtor 1 | **Geremy Lamar Huff** | Case number (if known) | **26-00526** |

---

**4.16**

**Light Stream**
Nonpriority Creditor's Name
**Truist Bank**
**PO Box 117320**
**Atlanta, GA 30368-7320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$12,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty for GLH Delivering Services, Inc.**

---

**4.17**

**Lincoln Funding Solutions, Ltd.**
Nonpriority Creditor's Name
**150 N. Radnor-Chester Rd**
**Wayne, PA 19087**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2187**   **$252,314.26**

When was the debt incurred? **07/02/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty for CMH Logistics**

---

**4.18**

**Lytx, Inc.**
Nonpriority Creditor's Name
**9785 Towne Centre Drive**
**San Diego, CA 92121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1026**   **$9,310.24**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Geremy Lamar Huff**                                    Case number (if known)    **26-00526**

---

**4.19**

**Midland States Bank**

Nonpriority Creditor's Name

**1201 Network Centre Drive**
**Effingham, IL 62401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1938**                           **$81,233.82**

**When was the debt incurred?**    **08/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty for CMH Logistics, Inc.**

---

**4.20**

**Pinnacle Bank**

Nonpriority Creditor's Name

**21 Platform Way South STE 2300**
**Nashville, TN 37203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2585**                           **$5,644.60**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.21**

**PNC**

Nonpriority Creditor's Name

**PO Box 5570**
**Cleveland, OH 44101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2175**                           **$2,831.00**

**When was the debt incurred?**    **03/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **credit card**

---

Debtor 1    **Geremy Lamar Huff**                                                    Case number (if known)    **26-00526**

| 4.2 2 | **Rockwood Casualty Insurance Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**654 Main Street**
**Rockwood, PA 15557**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1131**

When was the debt incurred?    **07/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **business insurance - GLH**

**$61,497.32**

---

| 4.2 3 | **Silicon Ledger Consulting, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1113 M urfreesboro Road, Suite 106 #421**
**Franklin, TN 37064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    _____

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty for GLH Delivering Services, Inc.**

**$117,999.45**

---

| 4.2 4 | **Small Business Administraion** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**409 3rd Street SW**
**Washington, DC 20416**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    _____

When was the debt incurred?    **05/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **EIDL loan.**
**Personal guaranty for GLH Delivering Services, Inc.**

**$680,580.00**

---

Debtor 1    **Geremy Lamar Huff**                                      Case number (if known)    **26-00526**

---

**4.2 5**

**Southern Insurance Co of VA**
Nonpriority Creditor's Name
**PO Box 202**
**Greenville, SC 29602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0172**                              **$37,073.17**

**When was the debt incurred?**    **01/27/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **business insurance - GLH**

---

**4.2 6**

**The Huntington National Bank**
Nonpriority Creditor's Name
**41 S. High Street**
**Columbus, OH 43229**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4584**                              **$249,731.00**

**When was the debt incurred?**    **11/2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty for GLH Delivering Services, Inc.**

---

**4.2 7**

**UHaul**
Nonpriority Creditor's Name
**1500 International Dr**
**Spartanburg, SC 29303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2980**                              **$4,020.83**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **service**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1    **Geremy Lamar Huff**                                          Case number (if known)      **26-00526**

| Name and Address<br>**Ashlea White**<br>**PO Box 1346**<br>**Anderson, SC 29622** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| --- | --- | --- |
| Name and Address<br>**Ashlea White**<br>**PO Box 1346**<br>**Anderson, SC 29622** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| Name and Address<br>**Clarkson & Hale, LLC**<br>**Wylie Westmoreland Clarkson**<br>**PO Box 287**<br>**Columbia, SC 29202** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| Name and Address<br>**Crawford & Von Keller, LLC**<br>**Jason M. Hunter**<br>**1640 St. Julian Place**<br>**Columbia, SC 29204** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| Name and Address<br>**Gislason & Hunter, LLP**<br>**Adam N. Froehlich**<br>**111 S. Second St., Ste. 500**<br>**Mankato, MN 56001** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| Name and Address<br>**Melissa Tulis Smith, Esq.**<br>**Smith Debnam Narron Drake**<br>**Saintsing & Myers LLP**<br>**PO Box 17610**<br>**Raleigh, NC 27619** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | **1938** |
| Name and Address<br>**Phillips & Cohen Associates, Ltd.**<br>**Mail Stop: CSU-F**<br>**1004 Justison Street**<br>**Wilmington, DE 19801-5148** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | **3863** |
| Name and Address<br>**Pinnacle Bank**<br>**21 Platform Way South STE 2300**<br>**Nashville, TN 37203** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| Name and Address<br>**Stephanie M. Brinkley**<br>**Brinkley Law Firm, LLC**<br>**1 Carriage Lane, Bldg. F, Ste. 100**<br>**Charleston, SC 29407** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br><br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| Name and Address<br>**Stephanie M. Brinkley**<br>**Brinkley Law Firm, LLC**<br>**1 Carriage Lane, Bldg. F, Ste. 100**<br>**Charleston, SC 29407** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br><br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number | |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                              Page 12 of 13

| Debtor 1 | **Geremy Lamar Huff** | Case number (if known) | **26-00526** |

| | | |
|---|---|---|
| **Tucker Ablin and Associates**<br>**1702 N Collins Blvd**<br>**Richardson, TX 75080** | Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **7877** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Willcox Buyck & Williams, PA**<br>**Willcox, Edgar Lloyd II**<br>**PO Box 1909**<br>**Florence, SC 29503** | Line **4.22** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **1131** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Zwicker & Associates, P.C.**<br>**PO Box 9013**<br>**Andover, MA 01810** | Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4255** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 922,387.88 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 922,387.88 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,175,496.59 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,175,496.59 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Geremy Lamar Huff** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **26-00526** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number        Street | |
| City                State        ZIP Code | |
| 2.2 | |
| Name | |
| Number        Street | |
| City                State        ZIP Code | |
| 2.3 | |
| Name | |
| Number        Street | |
| City                State        ZIP Code | |
| 2.4 | |
| Name | |
| Number        Street | |
| City                State        ZIP Code | |
| 2.5 | |
| Name | |
| Number        Street | |
| City                State        ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | **Geremy Lamar Huff** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **26-00526**
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

3.1    **CMH Logistics, Inc.**
**4 Blockhouse Road**
**Piedmont, SC 29673**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Midland States Bank**

3.2    **CMH Logistics, Inc.**
**4 Blockhouse Road**
**Piedmont, SC 29673**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Lincoln Funding Solutions, Ltd.**

3.3    **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Newtek Small Business Finance, LLC**

| Debtor 1 | **Geremy Lamar Huff** | Case number *(if known)* | **26-00526** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ■ Schedule D, line ___**2.2**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**AMERIS Bank** |
| 3.5  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ■ Schedule D, line ___**2.3**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Byline Bank** |
| 3.6  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ■ Schedule D, line ___**2.15**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**South Carolina Dept of Revenue** |
| 3.7  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ■ Schedule D, line ___**2.6**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**South Carolina Department of** |
| 3.8  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**Leaf Commerial Capital** |
| 3.9  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.3**___<br>☐ Schedule G _____<br>**AP Equipment Finance** |
| 3.10  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.26**___<br>☐ Schedule G _____<br>**The Huntington National Bank** |
| 3.11  **GLH Delivering Services, Inc.**<br>**121 Pine Road, Suite C**<br>**Easley, SC 29642** | ■ Schedule D, line ___**2.17**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**TD Bank** |

| Debtor 1 | **Geremy Lamar Huff** | Case number *(if known)* | **26-00526** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.12  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.25**___
☐ Schedule G _____
**Southern Insurance Co of VA**

---

3.13  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.22**___
☐ Schedule G _____
**Rockwood Casualty Insurance Company**

---

3.14  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Lytx, Inc.**

---

3.15  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**Light Stream**

---

3.16  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Greensboro Grant/Quickbooks**

---

3.17  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.7**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

---

3.18  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.8**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

---

3.19  **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.9**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

---

Debtor 1   **Geremy Lamar Huff**                                     Case number *(if known)*   **26-00526**

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.20   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

3.21   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.11**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

3.22   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.12**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

3.23   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.13**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

3.24   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.14**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Department of**

3.25   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

■ Schedule D, line ___**2.16**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**South Carolina Dept of Revenue**

3.26   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**BHG Financial**

3.27   **GLH Delivering Services, Inc.**
**121 Pine Road, Suite C**
**Easley, SC 29642**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Diverse Capital , LLC**

| Debtor 1 | **Geremy Lamar Huff** | | Case number *(if known)* | **26-00526** |
|---|---|---|---|---|

| | **Additional Page to List More Codebtors** | |
|---|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.28 | **GLH Delivering Services, Inc.** **121 Pine Road, Suite C** **Easley, SC 29642** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.24**___ ☐ Schedule G _____ **Small Business Administraion** |
| 3.29 | **GLH Delivering Services, Inc.** **121 Pine Road, Suite C** **Easley, SC 29642** | ■ Schedule D, line ___**2.4**___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Ford Credit** |
| 3.30 | **GLH Delivering Services, Inc.** **121 Pine Road, Suite C** **Easley, SC 29642** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.4**___ ☐ Schedule G _____ **Ascention Capital** |
| 3.31 | **P&G Logistics, Inc.** **819 E. North Street** **Greenville, SC 29601** | ■ Schedule D, line ___**2.18**___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **TD Bank** |
| 3.32 | **P&G Logistics, Inc.** **819 E. North Street** **Greenville, SC 29601** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.17**___ ☐ Schedule G _____ **Lincoln Funding Solutions, Ltd.** |
| 3.33 | **P&G Logistics, Inc.** **819 E. North Street** **Greenville, SC 29601** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.1**___ ☐ Schedule G _____ **ABC Amega** |
| 3.34 | **P&G Logistics, Inc.** **819 E. North Street** **Greenville, SC 29601** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.12**___ ☐ Schedule G _____ **Forman Price Vehicle Leasing** |

| Official Form 106H | Schedule H: Your Codebtors | Page 5 of 5 |
|---|---|---|

Fill in this information to identify your case:

Debtor 1            **Geremy Lamar Huff**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number      **26-00526**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income                                                            **12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | self-employed | self-employed |
| Employer's name | GLH Delivering Services, Inc. | TG Studios |
| Employer's address | 4 Blockhouse Road<br>Piedmont, SC 29673 | 5156 Calhoun Memorial Highway<br>Easley, SC 29640 |
| How long employed there? | Since 06/2005 | Since 8/01/2024 |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3.  +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4.  $ 0.00 | $ 0.00 |

Debtor 1    **Geremy Lamar Huff**                                              Case number (*if known*)   **26-00526**

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ **16,251.42**   $ **761.67**

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income.** Specify:   8h.+   $ 0.00 +   $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **16,251.42**   $ **761.67**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **16,251.42** + $ **761.67** = $ **17,013.09**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ **17,013.09**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■  No.
☐  Yes. Explain:

**Schedule I: Your Income**

GT Foods
2025 July-December
P&L

| | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|
| Gross Sales | 8,540.37 | 11,234.52 | 11,005.18 | 11,411.09 | 5,179.40 | 5,595.59 | 52,966.15 |
| Gross Truck Rental Revenue | 14,517.23 | 13,513.84 | 2,977.25 | 3,499.45 | 25,706.65 | 16,601.53 | 76,815.95 |
| Total Revenue | 23,057.60 | 24,748.36 | 13,982.43 | 14,910.54 | 30,886.05 | 22,197.12 | 129,782.10 |
| | | | | | | | |
| Contract Labor | 1,000.00 | 1,150.00 | 1,785.00 | 600.00 | 9,400.00 | 2,790.00 | 16,725.00 |
| Total COGS | 1,000.00 | 1,150.00 | 1,785.00 | 600.00 | 9,400.00 | 2,790.00 | 16,725.00 |
| | | | | | | | |
| Gross Profit | 22,057.60 | 23,598.36 | 12,197.43 | 14,310.54 | 21,486.05 | 19,407.12 | 113,057.10 |
| | | | | | | | |
| Expenses | | | | | | | |
| Accounting | 500.00 | - | - | - | 250.00 | 175.00 | 925.00 |
| Advertising | 123.73 | - | - | - | - | - | 123.73 |
| Bank Fees | 463.50 | 266.60 | 355.00 | 363.00 | 411.50 | 124.85 | 1,984.45 |
| Fuel | 481.18 | 180.19 | 420.45 | 65.00 | 70.30 | 595.00 | 1,812.12 |
| Insurance | 300.00 | - | - | - | - | 936.65 | 1,236.65 |
| Health Insurance | 108.76 | - | 217.52 | 108.76 | 108.76 | - | 543.80 |
| Legal and Professional | 1,750.00 | 250.00 | 250.00 | - | 250.00 | - | 2,500.00 |
| Miscellaneous | 1,000.00 | - | - | - | - | 270.09 | 1,270.09 |
| Office Expenses | - | - | - | - | 90.02 | 447.67 | 537.69 |
| Postage | 8.75 | - | - | - | 12.00 | 20.00 | 40.75 |
| Property Tax | 2,116.91 | 3,495.39 | - | - | - | - | 5,612.30 |
| Rent | 4,996.00 | - | 4,996.00 | - | - | - | 9,992.00 |
| Repairs | 90.89 | 4,920.00 | 23.45 | - | 1,155.14 | 2,092.84 | 8,282.32 |
| Security | - | - | 270.74 | 95.13 | 95.13 | 139.28 | 600.28 |
| Supplies | 182.68 | 86.00 | 124.40 | 91.97 | 222.29 | 942.36 | 1,649.70 |
| Vehicle Expense | 9.00 | - | 525.00 | - | - | - | 534.00 |
| Total Expenses | 12,131.40 | 9,198.18 | 7,182.56 | 723.86 | 2,665.14 | 5,743.74 | 37,644.88 |
| | | | | | | | |
| Net Income | 9,926.20 | 14,400.18 | 5,014.87 | 13,586.68 | 18,820.91 | 13,663.38 | 75,412.22 |

TG Studios
2025 July-December
P&L

| | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|
| Gross Sales | 11,557.08 | 11,288.56 | 13,575.17 | 13,598.14 | 15,395.25 | 20,942.35 | 86,356.55 |
| Total Revenue | 11,557.08 | 11,288.56 | 13,575.17 | 13,598.14 | 15,395.25 | 20,942.35 | 86,356.55 |
| | | | | | | | |
| Supplies | 4,987.32 | 2,720.98 | 4,368.87 | 6,725.28 | 7,721.90 | 9,457.76 | 35,982.11 |
| Contract Labor | 3,628.12 | 3,657.22 | 5,689.64 | 5,237.86 | 5,588.48 | 6,226.33 | 30,027.65 |
| Total COGS | 8,615.44 | 6,378.20 | 10,058.51 | 11,963.14 | 13,310.38 | 15,684.09 | 66,009.76 |
| | | | | | | | |
| Gross Profit | 2,941.64 | 4,910.36 | 3,516.66 | 1,635.00 | 2,084.87 | 5,258.26 | 20,346.79 |
| | | | | | | | |
| | | | | | | | |
| Expenses | | | | | | | |
| Accounting | - | - | 360.00 | - | - | | 360.00 |
| Advertising | - | 1,005.00 | 154.67 | - | - | 503.26 | 1,662.93 |
| Bank Fees | - | 10.28 | 7.08 | 3.23 | 2.73 | 3.75 | 27.07 |
| Insurance | - | 827.80 | - | 1,313.65 | 258.44 | | 2,399.89 |
| Miscellaneous | 548.75 | - | 900.00 | - | - | 102.02 | 1,550.77 |
| Office Expenses | 76.13 | 56.15 | 66.14 | 76.13 | 56.15 | 84.12 | 414.82 |
| Rent | - | - | - | - | 1,000.00 | | 1,000.00 |
| Repairs | 2,945.08 | 204.08 | 2,194.82 | 207.98 | 1,167.83 | 500.00 | 7,219.79 |
| Security | 342.39 | - | - | - | - | | 342.39 |
| Storage | - | 477.56 | - | 477.56 | 477.56 | | 1,432.68 |
| Utilities | 493.28 | 600.40 | 609.71 | 465.54 | 465.36 | 55.00 | 2,689.29 |
| Total Expenses | 4,405.63 | 3,181.27 | 4,292.42 | 2,544.09 | 3,428.07 | 1,248.15 | 19,099.63 |
| | | | | | | | |
| Net Income | (1,463.99) | 1,729.09 | (775.76) | (909.09) | (1,343.20) | 4,010.11 | 1,247.16 |

**GLH Delivering Services**
**2025 P&L**

| | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|
| Gross Truck Rental Revenue | 11,054.78 | 23,802.27 | 15,698.78 | 24,896.78 | 2,935.28 | 8,750.00 | 87,137.89 |
| Total Revenue | 11,054.78 | 23,802.27 | 15,698.78 | 24,896.78 | 2,935.28 | 8,750.00 | 87,137.89 |
| | | | | | | | |
| Contract Labor | - | - | - | - | 1,790.00 | 1,080.00 | 2,870.00 |
| Total COGS | - | - | - | - | 1,790.00 | 1,080.00 | 2,870.00 |
| | | | | | | | |
| Gross Profit | 11,054.78 | 23,802.27 | 15,698.78 | 24,896.78 | 1,145.28 | 7,670.00 | 84,267.89 |
| | | | | | | | |
| **Expenses** | | | | | | | |
| Accounting | 200.00 | 250.00 | 100.00 | 100.00 | 1,275.00 | | 1,925.00 |
| Bank Fees | 37.45 | 46.90 | 67.00 | 134.59 | 131.09 | 92.09 | 509.12 |
| Fuel | 307.01 | 74.18 | 40.00 | 263.00 | 55.78 | | 739.97 |
| Insurance | 390.98 | 337.30 | 336.54 | 336.54 | - | | 1,401.36 |
| Hiring | - | - | - | 100.00 | - | | 100.00 |
| Legal and Professional | - | 32.09 | 3,393.59 | - | - | 3,000.00 | 6,425.68 |
| Office Expense | - | 17.10 | 16.55 | 8.55 | 8.55 | | 50.75 |
| Postage | 169.86 | 14.17 | 8.00 | 8.00 | 46.44 | | 246.47 |
| Property Tax | - | - | - | - | 414.36 | | 414.36 |
| Storage | 477.56 | - | 507.56 | - | - | 4,996.00 | 5,981.12 |
| Repairs | - | 2,853.49 | 2,953.39 | 99.87 | 38.28 | 748.47 | 6,693.50 |
| Security | - | 210.09 | 67.14 | 67.14 | - | | 344.37 |
| Supplies | 260.81 | 693.14 | 403.31 | 480.08 | - | | 1,837.34 |
| Utilities | 276.11 | 1,090.81 | 322.19 | 462.79 | 270.64 | | 2,422.54 |
| Vehicle Expense | 7,803.15 | 7,703.44 | 4,255.27 | 10,457.88 | 4,227.30 | 68.48 | 34,515.52 |
| Total Expenses | 9,922.93 | 13,322.71 | 12,470.54 | 12,518.44 | 6,467.44 | 8,905.04 | 63,607.11 |
| | | | | | | | |
| Net Income | 1,131.85 | 10,479.56 | 3,228.24 | 12,378.34 | (5,322.16) | (1,235.04) | 20,660.78 |

**GLH Delivering Services**
**2026 January**

|  | January | Total |
|---|---|---|
| Gross Truck Rental Revenue | 1,499.00 | 1,499.00 |
| Total Revenue | 1,499.00 | 1,499.00 |
|  |  |  |
| Contract Labor | - | - |
| Total COGS | - | - |
|  |  |  |
| Gross Profit | 1,499.00 | 1,499.00 |
|  |  |  |
|  |  |  |
| Expenses |  |  |
| Accounting |  | - |
| Bank Fees |  | - |
| Fuel |  | - |
| Insurance |  | - |
| Hiring | - | - |
| Legal and Professional | - | - |
| Office Expense | - | - |
| Postage |  | - |
| Property Tax | - | - |
| Storage |  | - |
| Repairs | - | - |
| Security | - | - |
| Storage | 9,992.00 | 9,992.00 |
| Utilities |  | - |
| Vehicle Expense |  | - |
| Total Expenses | 9,992.00 | 9,992.00 |
|  |  |  |
| Net Income | (8,493.00) | (8,493.00) |

GT Foods
2026
P&L

| | January | Total |
|---|---|---|
| Gross Sales | 11,793.97 | 11,793.97 |
| Gross Truck Rental Revenue | 22,343.25 | 22,343.25 |
| Total Revenue | 34,137.22 | 34,137.22 |
| | | |
| Contract Labor | 3,650.00 | 3,650.00 |
| Total COGS | 3,650.00 | 3,650.00 |
| | | |
| Gross Profit | 30,487.22 | 30,487.22 |
| | | |
| Expenses | | |
| Accounting | 1,100.00 | 1,100.00 |
| Advertising | | - |
| Bank Fees | 8.13 | 8.13 |
| Fuel | 782.34 | 782.34 |
| Insurance | 1,210.83 | 1,210.83 |
| Health Insurance | | - |
| Legal and Professional | 1,250.00 | 1,250.00 |
| Miscellaneous | | - |
| Office Expenses | 243.77 | 243.77 |
| Postage | 4.00 | 4.00 |
| Property Tax | | - |
| Phone | 298.23 | 298.23 |
| Repairs | 3,297.98 | 3,297.98 |
| Security | 262.42 | 262.42 |
| Supplies | 95.20 | 95.20 |
| Utilities | 911.79 | 911.79 |
| Total Expenses | 9,464.69 | 9,464.69 |
| | | |
| Net Income | 21,022.53 | 21,022.53 |

TG Studios
2026 January
P&L

| | January | Total |
|---|---|---|
| Gross Sales | 12,617.79 | 12,617.79 |
| Total Revenue | 12,617.79 | 12,617.79 |
| | | |
| Supplies | 4,465.43 | 4,465.43 |
| Contract Labor | 4,783.53 | 4,783.53 |
| Total COGS | 9,248.96 | 9,248.96 |
| | | |
| Gross Profit | 3,368.83 | 3,368.83 |
| | | |
| Expenses | | |
| Accounting | 450.00 | 450.00 |
| Advertising | 17.93 | 17.93 |
| Bank Fees | 8.50 | 8.50 |
| Insurance | 507.80 | 507.80 |
| Miscellaneous | | - |
| Office Expenses | 280.69 | 280.69 |
| Rent | - | - |
| Repairs | | - |
| Security | | - |
| Storage | - | - |
| Utilities | 245.00 | 245.00 |
| Total Expenses | 1,509.92 | 1,509.92 |
| | | |
| Net Income | 1,858.91 | 1,858.91 |

Fill in this information to identify your case:

Debtor 1         **Geremy Lamar Huff**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number   **26-00526**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                        **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **13** | ☐ No  ■ Yes |
| **Wife** | **50** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.            4. $ **1,503.17**

   **If not included in line 4:**

   4a.   Real estate taxes                                                    4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance                         4b. $ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses                        4c. $ **0.00**
   4d.   Homeowner's association or condominium dues                          4d. $ **70.00**
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ **0.00**

Debtor 1   **Geremy Lamar Huff**                                    Case number (if known)   **26-00526**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 230.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 180.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify:  **cell phone** | 6d. $ | 300.00 |
| | | **Internet** | $ | 100.00 |
| | | **streaming apps** | $ | 100.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 250.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 190.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 260.00 |
| | 15b. | Health insurance | 15b. $ | 228.00 |
| | 15c. | Vehicle insurance | 15c. $ | 334.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Vehicle Tax** | | 16. $ | 50.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,523.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify:  **Wifes car payment (Ally Financial)** | 17c. $ | 700.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | 1,058.40 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 2,500.00 |
| | Specify:  **equitable distribution (10 years)** | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 11,626.57 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 11,626.57 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 17,013.09 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 11,626.57 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 5,386.52 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   | Explain here:                                                                                    |

Official Form 106J                          **Schedule J: Your Expenses**                          page 2

**Fill in this information to identify your case:**

Debtor 1        **Geremy Lamar Huff**
                First Name              Middle Name              Last Name

Debtor 2
(Spouse if, filing)    First Name         Middle Name              Last Name

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **26-00526**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,
                                                    Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Geremy Lamar Huff**                          X _____
**Geremy Lamar Huff**                                   Signature of Debtor 2
Signature of Debtor 1

Date    **February 19, 2026**                         Date _____

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

| Fill in this information to identify your case: | | |
| --- | --- | --- |

Debtor 1   **Geremy Lamar Huff**
_____
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)   First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number   **26-00526**
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
| --- | --- |

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
| --- | --- |

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $12,529.53 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Geremy Lamar Huff** | Case number *(if known)* | **26-00526** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2025 ) | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips | **$-36,386.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■   No

☐   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■   No.   Go to line 7.

☐   Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.   Go to line 7.

☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

| Debtor 1 | **Geremy Lamar Huff** | Case number (*if known*) | **26-00526** |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Ameris Bank, through its division Balboa Capital Corporation vs. GLH Delivering Services, Inc. and Geremy Huff 2025CP0400241** | **debt collection** | **State of South Carolina County of Anderson** | ☐ Pending ☐ On appeal ■ Concluded |
| **Byline Bank vs. GLH Delivering Services, Inc.; Geremy Huff 2025CP0400444** | **foreclosure** | **State of South Carolina County of Anderson** | ■ Pending ☐ On appeal ☐ Concluded |
| **Byline Bank vs. GLH Delivering Services, Inc.; Geremy Huff 2025CP0400130** | **Debt Collection** | **County of Anderson State of South Carolina** | ☐ Pending ☐ On appeal ■ Concluded **Judgment** |
| **TD Bank vs. P&G Logistics, Inc. and Geremy Huff 2025CP0402298** | **debt collection** | **State of South Carolina County of Anderson** | ☐ Pending ☐ On appeal ■ Concluded |
| **TD Bank vs. Glh Delivering Services, Inc Huff, Geremy 2025CP0400330** | **Debt Collection** | **State of South Carolina County of Anderson** | ☐ Pending ☐ On appeal ■ Concluded |

| Debtor 1 | **Geremy Lamar Huff** | Case number (*if known*) | **26-00526** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Lincoln Funding Solutions Ltd<br>vs.<br>CMH Logistics Inc; P & G Logistics Inc; Huff, Geremy Lamar<br>2025CP2302187** | **debt collection** | **State of South Carolina<br>County of Greenville** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **The Huntington National Bank<br>vs.<br>GLH Delivering Services, Inc. and Geremy Huff<br>08-CV-24-0584** | **debt collection** | **State of Minnesota<br>County of Brown** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Midland States Bank<br>vs.<br>CMH Logistics, Inc. and Geremy Huff<br>2025CP0401938** | **breach of contract** | **State of SC<br>County of Anderson** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **CMH Logistics, Inc.<br>Geremy L Huff<br>vs.<br>CKM, Inc.<br>2025CP3901356** | **Breach of Contract** | **Pickens County<br>State of South Carolina** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Geremy L Huff; P&G Logistics, Inc.<br>vs.<br>Terrel Beckham; Creative Delivery Services, Inc.; Creative Distribution And Services, Llc<br>2025CP4202628** | **numerous civil causes of action** | **Spartanburg County<br>State of South Carolina** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Candace M. Huff<br>v.<br>Geremy L. Huff<br>2022-DR-04-0504** | **Divorce** | **County of Anderson<br>State of South Carolina** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Debtor 1 | Geremy Lamar Huff | Case number *(if known)* | 26-00526 |
|---|---|---|---|

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☒ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☐ No
   ☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Rock Springs Baptist Church** | **$100/week** | | **$0.00** |

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ☒ No
   ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Springboard Nonprofit Consumer Credit Management, Inc.<br>dba Credit.ord** | **Credit Counseling Course** | **12/31/2025** | **$50.00** |
| **Skinner Law Firm, LLC<br>300 North Main Street, Suite 201<br>Greenville, SC 29601<br>main@skinnerlawfirm.com** | **Attorney Fees: $7,500.00 (for pre-petition financial workout services)** | **2/28/2025 - $5.000.00<br>12/16/2025 - $2,500.00** | **$7,500.00** |
| **Skinner Law Firm, LLC<br>300 North Main Street, Suite 201<br>Greenville, SC 29601<br>main@skinnerlawfirm.com** | **Attorney Fees - $8,625.00<br>Filing fee - $1,738.00** | **2/4/2026** | **$10,363.00** |

| Debtor 1 | **Geremy Lamar Huff** | Case number (*if known*) | **26-00526** |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Akins Ford Motor<br>220 West May Street<br>Winder, GA 30680**<br><br>**dealership** | **Ford F250** | **$51,000.00<br>paid off lien, $5k remaining used for divorce attorney.** | **02/2025** |
| **Dustin<br>unknown**<br><br>**none** | **2020 Polaris side by side** | **$27,000.00<br>$12,000.00 towards equitable distributions and used for business expenses and living expenses.** | **07/2024** |
| **unknown**<br><br>**none** | **2016 Moomba Mojo** | **$50,000.00<br>to pay off lien.** | **06/2024** |
| **Joe<br>unknown**<br><br>**facebook marketplace** | **10x12 yard trailer** | **$6,000.00<br>living/moving expenses** | **8/2023** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Geremy Lamar Huff**                                                    Case number (*if known*)   **26-00526**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Truist Bank** | **XXXX-8378** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/2025** | **$100.00** |
| **TD Bank** | **XXXX-5426** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **11/2024** | **$0.00** |
| **Pinnacle Bank** | **XXXX-9043** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **11/2024** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:   Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance,

Debtor 1   **Geremy Lamar Huff**                                  Case number (*if known*)   **26-00526**

**hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.  Have you notified any governmental unit of any release of hazardous material?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  **No**
☐  **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

■ **An officer, director, or managing executive of a corporation**

■ **An owner of at least 5% of the voting or equity securities of a corporation**

☐   **No. None of the above applies.  Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **GT Foods, LLC<br>4 Blockhouse Road<br>Piedmont, SC 29673** | **pickup and delivery service**<br><br>**Moorhead, Nicolini and Associates, CPA PA<br>Michael Nicolini<br>607 NE Main St, Simpsonville, SC 29681** | **EIN:      33-2258581**<br><br>**From-To  01/2025 - current** |
| **GLH Delivering Services, Inc.<br>4 Blockhouse Road<br>Piedmont, SC 29673** | **pickup and delivery service**<br><br>**Moorhead, Nicolini and Associates, CPA PA<br>Michael Nicolini<br>607 NE Main St, Simpsonville, SC 29681** | **EIN:      20-2960531**<br><br>**From-To  06/01/2005 - current** |

| Debtor 1 | Geremy Lamar Huff | Case number (if known) | 26-00526 |
|---|---|---|---|

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| P&G Logistics, Inc.<br>819 E. North Street<br>Greenville, SC 29601 | pickup and delivery service<br><br>Moorhead, Nicolini and Associates, CPA PA<br>Michael Nicolini<br>607 NE Main St, Simpsonville, SC 29681 | EIN:    88-0987625<br><br>From-To   06/2021 - 10/2024 |
| CMH Logistics, Inc.<br>4 Blockhouse Road<br>Piedmont, SC 29673 | pickup and delivery service<br><br>Moorhead, Nicolini and Associates, CPA PA<br>Michael Nicolini<br>607 NE Main St, Simpsonville, SC 29681 | EIN:    87-4645346<br><br>From-To   03/2021 - 02/2024 |
| Paisley Logistics, LLC<br>4 Blockhouse Road<br>Piedmont, SC 29673 | pickup and delivery service<br><br>Moorhead, Nicolini and Associates, CPA PA<br>Michael Nicolini<br>607 NE Main St, Simpsonville, SC 29681 | EIN:    84-5158012<br><br>From-To   2020 - 07/2023 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  **No**
☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Geremy Lamar Huff**

| **Geremy Lamar Huff**<br>**Signature of Debtor 1** | **Signature of Debtor 2** |
|---|---|
| Date    **February 19, 2026** | Date |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Geremy Lamar Huff** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number (if known) | **26-00526** |

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

12/21

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 35,320.64 | $ 14,569.54 | | | |
| Ordinary and necessary operating expenses | -$ 19,063.23 | -$ 13,807.87 | | | |
| Net monthly income from a business, profession, or farm | $ 16,257.41 | $ 761.68 | **Copy here ->** $ 16,257.41 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | | |
| Net monthly income from rental or other real property | $ 0.00 | **Copy here ->** | $ 0.00 | $ | |

Debtor 1    **Geremy Lamar Huff**                                                 Case number (*if known*)    **26-00526**

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                                            $ _____ 0.00

For your spouse                                         $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.
$ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    $ _____    $ _____

_____    $ 0.00    $ _____

Total amounts from separate pages, if any.    + $ 0.00    $ _____

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ **16,257.41**  + $ _____  = $ **16,257.41**

Debtor 1    **Geremy Lamar Huff**                               Case number (*if known*)    **26-00526**

---

**Part 2:**      **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Geremy Lamar Huff**

**Geremy Lamar Huff**
Signature of Debtor 1

Date   **February 19, 2026**
      MM / DD / YYYY

---

Debtor 1    **Geremy Lamar Huff**                                             Case number (*if known*)    **26-00526**

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **08/01/2025** to **01/31/2026**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **GLH Delivering Services, Inc.**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 08/2025 | $23,802.27 | $13,322.71 | $10,479.56 |
| 5 Months Ago: | 09/2025 | $15,698.78 | $12,470.54 | $3,228.24 |
| 4 Months Ago: | 10/2025 | $24,896.78 | $12,518.44 | $12,378.34 |
| 3 Months Ago: | 11/2025 | $1,145.28 | $6,467.44 | $-5,322.16 |
| 2 Months Ago: | 12/2025 | $7,670.00 | $8,905.04 | $-1,235.04 |
| Last Month: | 01/2026 | $1,499.00 | $9,992.00 | $-8,493.00 |
| Average per month: | | $12,452.02 | $10,612.70 | |
| | | | Average Monthly NET Income: | $1,839.32 |

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **GT Foods**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 08/2025 | $24,748.36 | $10,348.18 | $14,400.18 |
| 5 Months Ago: | 09/2025 | $13,982.43 | $8,967.56 | $5,014.87 |
| 4 Months Ago: | 10/2025 | $14,910.54 | $1,323.86 | $13,586.68 |
| 3 Months Ago: | 11/2025 | $30,886.05 | $12,065.14 | $18,820.91 |
| 2 Months Ago: | 12/2025 | $22,197.12 | $8,533.74 | $13,663.38 |
| Last Month: | 01/2026 | $30,487.22 | $9,464.69 | $21,022.53 |
| Average per month: | | $22,868.62 | $8,450.53 | |
| | | | Average Monthly NET Income: | $14,418.09 |

| Debtor 1 | **Geremy Lamar Huff** | Case number (*if known*) | **26-00526** |
|---|---|---|---|

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **08/01/2025** to **01/31/2026**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **TG Studios, LLC**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **08/2025** | **$11,288.56** | **$9,559.47** | **$1,729.09** |
| 5 Months Ago: | **09/2025** | **$13,575.17** | **$14,350.93** | **$-775.76** |
| 4 Months Ago: | **10/2025** | **$13,598.14** | **$14,507.23** | **$-909.09** |
| 3 Months Ago: | **11/2025** | **$15,395.25** | **$16,738.45** | **$-1,343.20** |
| 2 Months Ago: | **12/2025** | **$20,942.35** | **$16,932.24** | **$4,010.11** |
| Last Month: | **01/2026** | **$12,617.79** | **$10,758.88** | **$1,858.91** |
| | Average per month: | **$14,569.54** | **$13,807.87** | |
| | | | Average Monthly NET Income: | **$761.68** |