## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

In re:

Geremy Lamar Huff,                                     Case No. 26-00526-eg
                                                       Chapter 11

                          Debtor.

## MOTION FOR STATUS CONFERENCE

The Acting United States Trustee for Region 4 (the "UST") moves the Court for an order scheduling a status conference be held in this case.  The UST files this motion under 11 U.S.C. § 105(d) and the authority granted to the UST by 28 U.S.C. § 586 and 11 U.S.C. § 307.  The UST requests the status conference based on the following:

1.      The debtor has not filed the monthly operating reports for February and March 2026.

2.      The debtor has also failed to provide a breakdown of personal income received from his businesses, amend the Statement of Financial Affairs to show historical gross income received personally, and a copy of his 2025 tax return if it has been filed.

The UST is seeking a status conference to ensure that the debtor timely cures the deficiencies discussed herein.

WHEREFORE, the UST requests that the Court schedule a status conference in this

matter to address the issues herein and other matters related to the case.

MATTHEW W. CHENEY
Acting United States Trustee
Region 4

By:  /s/ Linda K. Barr
Linda K. Barr, Id. 6284
Assistant United States Trustee
Office of United States Trustee
1835 Assembly Street, Ste. 953
Columbia, South Carolina 29201
(803) 765-5219
4-28-2026           linda.k.barr@usdoj.gov

## CERTIFICATE OF SERVICE

I, Linda K. Barr, do hereby certify that on April 28, 2026, I served the below-named

documents upon the parties also listed below by First-Class United States Mail, postage prepaid,

with return address clearly shown, as designated below.

MOTION FOR STATUS CONFERENCE
CERTIFICATE OF SERVICE

Randy A. Skinner
Skinner Law Firm, LLC
300 North Main Street, Suite 201
Greenville, SC 29601

Geremy Lamar Huff
4 Blockhouse Road
Piedmont, SC 29673

/s/ Linda K. Barr
Linda K. Barr
Office of the United States Trustee
1835 Assembly Street, Ste. 953
Columbia, SC 29201
(803) 765-5219
linda.k.barr@usdoj.gov